|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT, Plaintiff, v. THE UNITED STATES OF AMERICA, ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, LUXFER HOLDINGS PLC, SIGMA-ALDRICH CORPORATION, and DOW CHEMICAL COMPANY, Defendants. | No. 2:17-cv-01349 KJM GGH |
| SACRAMENTO SUBURBAN WATER DISTRICT, Plaintiff, v. ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, SIGMA-ALDRICH CORPORATION, DOW CHEMICAL COMPANY, and THE UNITED STATES OF AMERICA, Defendants. | No. 2:17-cv-01353 TLN AC  **RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both cases involve substantially the same transactions, events, defendants, and causes of action arising out of hexavalent chromium contamination of public drinking water emanating from McClellan Air Force Base. *See* Local Rule 123(a)(1) (cases related when they "involve the same parties and are based on the same or a similar claim."). Relating cases under Rule 123 causes both cases to be assigned to the district judge and magistrate judge from the first filed action, but it does not consolidate the two cases.

Thus, it is hereby ORDERED that Case No. 2:17-cv-01353 TLN AC is reassigned from District Judge Troy Nunley and Magistrate Judge Allison Claire to the undersigned and Magistrate Judge Gregory Hollows. The caption on documents filed in the reassigned case shall now be shown as: Case No. 2:17-cv-01353 KJM GGH.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE