GENNARO A. FILICE III (State Bar No. 061112)
  gfilice@kslaw.com
NICHOLAS D. KAYHAN (State Bar No. 129878)
  nkayhan@kslaw.com
MEGAN R. NISHIKAWA (State Bar No. 271670)
  mnishikawa@kslaw.com
AMBER M. TRINCADO (State Bar No. 260186)
  atrincado@kslaw.com
BAILEY J. LANGNER (State Bar No. 307753)
  blangner@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:     415-318-1200
Facsimile:     415-318-1300

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT<br><br>               Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA, ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I. DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, LUXFER HOLDINGS PLC, SIGMA-ALDRICH CORPORATION, and DOW CHEMICAL COMPANY<br><br>            Defendants. | Case No. 2:17-cv-01349 KJM GGH<br><br>**STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT** |

The parties Rio Linda Elverta Community Water District, Elementis Chromium Incorporated, Occidental Chemical Corporation, Honeywell Incorporated, BASF Corporation, PPG Incorporated, E.I. Du Pont De Nemours and Company, Univar Incorporated, Luxfer Holdings PLC, Sigma-Aldrich Corporation, and The Dow Chemical Company, through their undersigned counsel hereby stipulate and agree to the following:

- The Defendants named above were served on different dates. As a result, Defendants' responsive pleadings are due on different dates.

- Honeywell Incorporated was improperly names as a defendant, and thus service was not initially effectuated. By this stipulation, Plaintiff agrees that the current Complaints should be deemed, through interlineation, to substitute Honeywell International Inc. for Honey Incorporated. Plaintiff also will name Honeywell International Inc. (rather than Honeywell Incorporated) in any later amendment to the Complaints. Making no admissions and reserving all appropriate legal and factual defenses, counsel for Honeywell International Inc. agrees to respond to the pending Complaints as if Honeywell International Inc. had been properly served, and it will be bound by the deadlines and provisions set forth in this Stipulation.

- Univar Inc., erroneously named in the Complaint as Univar Incorporated, filed an Answer to the Complaint on August 17, 2017. By this stipulation, Plaintiff agrees the above-captioned action is hereby dismissed as against Univar Inc. only, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff shall file a stipulated dismissal pursuant thereto. Plaintiff reserves all of its rights as against all other defendants. The parties further agree that the current Complaints should be deemed, through interlineation, to substitute Univar USA Inc. for Univar Incorporated. Plaintiff also will name Univar USA Inc. (rather than Univar Inc.) in any later

amendment to the Complaints. Making no admissions and reserving all appropriate legal and factual defenses, counsel for Univar USA Inc. agrees to respond to the pending Complaints as if Univar USA Inc. had been properly served, and it will be bound by the deadlines and provisions set forth in this Stipulation.

- Defendants have agreed to coordinate their responsive pleadings and have met and conferred with Plaintiff and agreed to the following schedule:
  - o All Defendants named in this stipulation will file responsive pleadings by September 25, 2017;
  - o Plaintiff will respond to any pleading motions by October 25, 2017; and
  - o Defendants will file reply briefs by November 8, 2017;
  - o The parties propose a hearing date of November 17, 2017, or the soonest the Court can hear the matter following the filing of the reply briefs.

- The parties request that a Case Management Conference be set 60 days after oral argument on Defendants' pleading motions or entry of a minute order indicating that oral argument will not be necessary.

- The Defendants listed above have been named in a related action brought by Sacramento Suburban Water District (Case No. 2:17-cv-01353 KJM GGH), which is also pending in this Court. (See Related Case Order.) The parties met and conferred and agreed that these matters should be coordinated for pretrial purposes, with a single case management schedule to be proposed before the first Case Management Conference. The parties also request leave of Court to deem pleadings and discovery filed or served in one case as filed or served in both cases.

- So stipulated.

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01349 KJM GGH)

Pursuant to Local Rule 131(e), all undersigned counsel have authorized BASF Corporation's counsel, Amber M. Trincado, to sign and submit this Stipulation on their behalf.

Dated: September 14, 2017                KING & SPALDING LLP


By: */s/Amber M. Trincado*_____
      Amber M. Trincado

Attorneys for Defendant
BASF CORPORATION

Dated: September 14, 2017                SHER EDLING LLP


By: */s/Matthew K. Edling*_____
      As authorized on September 13, 2017
      Matthew K. Edling

Attorneys for Defendant
RIO LINDA ELVERTA COMMUNITY
WATER DISTRICT

Dated: September 14, 2017                MORGAN, LEWIS & BOCKIUS LLP


By: */s/Greg A. Christianson*_____
      As authorized on September 14, 2017
      Greg A. Christianson

Attorneys for Defendant
ELEMENTIS CHROMIUM INCORPORATED

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01349 KJM GGH)

Dated: September 14, 2017  BARG COFFIN LEWIS & TRAPP, LLP


By: /s/John F. Barg
As authorized on September 13, 2017
John F. Barg

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

Dated: September 14, 2017  ARNOLD & PORTER KAYE SCHOLER LLP


By: /s/Stephanie B. Weirick
As authorized on September 13, 2017
Stephanie B. Weirick

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

Dated: September 14, 2017  BEVERIDGE & DIAMOND, P.C.


By: /s/Gary J. Smith
As authorized on September 13, 2017
Gary J. Smith

Attorneys for Defendant
PPG INDUSTRIES, INC.,
sued as PPG INCORPORATED

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01349 KJM GGH)

Dated: September 14, 2017          GLYNN & FINLEY, LLP

By: /s/Andrew T. Mortl
    As authorized on September 13, 2017
    Andrew T. Mortl

Attorneys for Defendant
E.I. DU PONT DE NEMOURS AND
COMPANY

Dated: September 14, 2017          ALEXANDER & ASSOCIATES, PC

By: /s/Alisyn J. Palla
    As authorized on September 13, 2017
    Alisyn J. Palla

Attorneys for Defendant
UNIVAR USA INC. and UNIVAR INC.

Dated: September 14, 2017          ARCHER & GREINER P.C.

By: /s/Carlos M. Bollar
    As authorized on September 13, 2017
    Carlos M. Bollar

Attorneys for Defendant
LUXFER HOLDINGS PLC

Dated: September 14, 2017          STEPTOE & JOHNSON LLP

By: /s/Jay E. Smith
    As authorized on September 13, 2017
    Jay E. Smith

Attorneys for Defendant
SIGMA-ALDRICH CORPORATION

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01349 KJM GGH)

Dated: September 14, 2017                              MITCHELL CHADWICK LLP


                                                       By: */s/Clifton J. McFarland*
                                                           As authorized on September 13, 2017
                                                           Clifton J. McFarland

                                                       Attorneys for Defendant
                                                       THE DOW CHEMICAL COMPANY

IT IS SO ORDERED.

DATED: September 19, 2017.
                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE SCHEDULING AND CASE MANAGEMENT
(Case No. 2:17-cv-01349 KJM GGH)