JOHN F. BARG (SBN 60230; jbarg@bargcoffin.com)
STEPHEN C. LEWIS (SBN 66590; slewis@bargcoffin.com)
R. MORGAN GILHULY (SBN 133659; mgilhuly@bargcoffin.com)
DAVID M. METRES (SBN 273081; dmetres@bargcoffin.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Facsimile: (415) 228-5450

Attorneys for Defendant
OCCIDENTAL CHEMICAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF CORPORATION, PPG INCORPORATED, E.I. DU PONT DE NEMOURS AND COMPANY, UNIVAR INCORPORATED, LUXFER HOLDINGS PLC, SIGMA-ALDRICH CORPORATION, and DOW CHEMICAL COMPANY,<br><br>　　　　　Defendants. | Case Nos. 2:17-cv-01349-KJM-GGH and 2:17-cv-01353-KJM-GGH<br><br>**STIPULATION TO STAY ACTIONS; AND ORDER** |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELEMENTIS CHROMIUM INCORPORATED, OCCIDENTAL CHEMICAL CORPORATION, HONEYWELL INCORPORATED, BASF | |

CORPORATION, PPG INCORPORATED,
E.I. DU PONT DE NEMOURS AND
COMPANY, LUXFER HOLDINGS PLC,
UNIVAR INCORPORATED, SIGMA-
ALDRICH CORPORATION, DOW
CHEMICAL COMPANY, and THE
UNITED STATES OF AMERICA,

Defendants.

Plaintiffs Rio Linda Elverta Community Water District and Sacramento Suburban Water District (together, "Plaintiffs") and Defendants the United States of America, Elementis Chromium Incorporated, Occidental Chemical Corporation, Honeywell International, Inc., BASF Corporation, PPG Industries, Inc. sued as PPG Incorporated, E.I. Du Pont de Nemours and Company, Univar Inc., Univar USA, Inc., Luxfer Holdings PLC, Sigma-Aldrich Corporation, and The Dow Chemical Company, in the above-captioned related matters, through their undersigned counsel, hereby stipulate and agree to the following:

I.     **Recitals**

1.     Plaintiffs Rio Linda Elverta Community Water District and Sacramento Suburban Water District filed actions against the United States of America and the United States Department of the Air Force in the United States Court of Federal Claims on June 23, 2017. The Court of Federal Claims case names and numbers are: *Rio Linda Elverta Community Water District vs. The United States of America, et al.*, Case No. 1:17-cv-00859-VJW; and *Sacramento Suburban Water District vs. The United States of America, et al.*, Case No. 1:17-cv-00860-RHH (together, the "Federal Claims Actions").

2.     Plaintiffs subsequently filed these actions in this Court on June 30, 2017 (*Rio Linda Community Water District v. United States, et al.*) and July 12, 2017 (*Sacramento Suburban Water District v. Elementis Chromium Inc., et al.*).

3.     On September 18 and 25, 2017, Non-Federal Defendants[1] filed motions to dismiss under Federal Rule of Civil Procedure 12.

---

[1] The "Non-Federal Defendants" are all Defendants except the United States.

4.    On September 20, 2017, based on a stipulation between Plaintiffs and Non-Federal Defendants, this Court entered an Order re Scheduling and Case Management (Docket 34) that, in addition to addressing service issues, established a schedule for motions to be brought by Non-Federal Defendants. That Order set the following schedule:

- "All [Non-Federal] Defendants named in this stipulation will file responsive pleadings by September 25, 2017";
- "Plaintiff will respond to any pleading motions by October, 25, 2017";
- "Defendants will file reply briefs by November 8, 2017"; and
- "The parties propose a hearing date of November 17, 2017, or the soonest the Court can hear the matter following the filing of the reply briefs."

5.    On September 21, 2017, Plaintiffs and Defendant United States filed a Stipulation to Stay Plaintiffs' Counts Against the United States of America and Proposed Scheduling Order for Defendant United States of America. On September 25, 2017, this Court entered an Order (Docket 43) based on the stipulation staying this action against the United States "at least for the period of time that may be required for Plaintiffs to obtain a ruling from the United States Court of Federal Claims on Plaintiffs' anticipated motions to stay" the Federal Claims Actions.  The Order further requires that the United States will answer or otherwise respond to Plaintiffs' claims against the United States in these actions within 60 days of Plaintiffs' notification that the Federal Claims Actions have been stayed or dismissed, Plaintiffs will respond to any pleading motion filed by the United States within 28 days thereafter, and the United States will file its reply brief within 14 days thereafter.

6.    On September 27, 2017 in the Rio Linda Federal Claims Action and on September 28, 2017 in the Sacramento Suburban Federal Claims Action, Plaintiffs filed motions to stay the Federal Claims Actions pending resolution of the instant actions.  United States' responses to those motions are due on October 11 and 12, 2017, respectively. Also on September 28, 2017, the United States filed motions to dismiss the Federal Claims Actions under Rule of the Court of Federal Claims 12(b)(1). Plaintiffs' responses to those motions to dismiss are due on October 26, 2017.

7.    This Court has set a Status (Pretrial Scheduling) Conference in these actions on November 17, 2017 at 10:00 a.m.

8.    Counsel for Plaintiffs and certain Non-Federal Defendants met and conferred on September 22, 2017 concerning the scheduling of these actions in light of the Federal Claims Actions, Plaintiffs' motions to stay the Federal Claims Actions, the overlapping issues in these actions and the Federal Claims Actions, and means of litigating the matters efficiently without duplicating issues or needlessly burdening the courts.

9.    To reduce the potential for duplication of effort and overlap of proceedings, and to avoid scheduling conflicts, the parties have agreed to the following proposed order.

## II.   **[Proposed] Order Staying Actions Against Non-Federal Defendants And Setting Briefing and Discovery Schedule**

1.    If the United States Court of Federal Claims enters orders staying or dismissing Plaintiffs' United States Court of Federal Claims lawsuits, then Plaintiffs' counsel will file a notice with the Eastern District of California of the orders **within 48 hours, or 72 hours if the orders are issued on a Friday.**

2.    These actions are hereby stayed against the Non-Federal Defendants until sixty (60) days after Plaintiffs file such notification.

3.    The briefing schedule set forth in the Court's September 20, 2017 Order (Docket No. 34) is hereby modified as follows:

   a.   Plaintiffs will respond to the Rule 12 motions filed by the Non-Federal Defendants within 28 days following the expiration of the stay of these actions against the Non-Federal Defendants.

   b.   All Defendants who have filed motions in response to the complaints may file reply briefs in support of those motions within 14 days after Plaintiffs' opposition briefs are due.

   c.   The hearing date on the currently filed motions, set for November 17, 2017, at 10:00 a.m. is hereby vacated. Within ten days after Plaintiffs' notification that the United States Court of Federal Claims cases have been stayed or

4

1    dismissed, the parties shall propose to the Court an agreed hearing date for all

2    Defendants' Rule 12 motions.

3    4.    Discovery is stayed until the Court issues rulings on the Non-Federal Defendants'

4    currently pending Rule 12 motions and any motions to dismiss filed by the United States

5    pursuant to the deadlines entered by the Court on September 25, 2017 for all counts against the

6    United States.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be due 45

7    days after this Court's ruling on all then-pending  Rule 12 motions.

8    5.    The Status (Pretrial Scheduling) Conference set for November 17, 2017 at 10:00

9    a.m. is hereby vacated.  The parties request that a Status (Pretrial Scheduling) Conference be set

10    to coincide with oral argument on Defendants' Rule 12 motions or within 30 days  after entry of

11    an order resolving all Rule 12 motions filed by all defendants.

13    Pursuant to Local Rule 131(e), all undersigned counsel have authorized Occidental

14    Chemical Corporation's counsel, R. Morgan Gilhuly, to sign and submit this Stipulation on their

15    behalf.

17    Dated:  October 10, 2017            SHER EDLING, LLP

19                      By:    */s/ Timothy R.  Sloane*
                                    As authorized on October 9, 2017

20                                    Timothy R. Sloane

21                      Attorneys for Plaintiffs

22                      RIO LINDA ELVERTA COMMUNITY WATER
                        DISTRICT SACRAMENTO SUBURBAN WATER

23                      DISTRICT

5

Dated:  October 10, 2017                    U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION


                                           By:     */s/ Michael L. Williams*
                                                   As authorized on October 9, 2017
                                                   Michael L. Williams

                                           Attorneys for Defendant
                                           UNITED STATES OF AMERICA

Dated:  October 10, 2017                    KING & SPALDING LLP


                                           By:     */s/ Megan R. Nishikawa*
                                                   As authorized on October 10, 2017
                                                   Megan R. Nishikawa

                                           Attorneys for Defendant
                                           BASF CORPORATION

Dated:  October 10, 2017                    BARG COFFIN LEWIS & TRAPP, LLP


                                           By:     */s/ R. Morgan Gilhuly*

                                           Attorneys for Defendant
                                           OCCIDENTAL CHEMICAL CORPORATION

Dated:  October 10, 2017                    MORGAN, LEWIS & BOCKIUS, LLP


                                           By:     */s/ Greg A. Christianson*
                                                   As authorized on October 10, 2017
                                                   Greg A. Christianson

                                           Attorneys for Defendant
                                           ELEMENTIS CHROMIUM INCORPORATED

6

Dated: October 10, 2017　　　　ARNOLD PORTER KAYE SCHOLER LLP


By:　　*/s/ Stephanie B. Weirick*
　　　　As authorized on October 10, 2017
　　　　Stephanie B. Weirick

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC.

Dated: October 10, 2017　　　　BEVERIDGE & DIAMOND, P.C.


By:　　*/s/ Gary J. Smith*
　　　　As authorized on October 10, 2017
　　　　Gary J. Smith

Attorneys for Defendant
PPG INDUSTRIES, INC., sued as PPG
INCORPORATED

Dated: October 10, 2017　　　　GLYNN & FINLEY, LLP


By:　　*/s/ Adam Rapp*
　　　　As authorized on October 10, 2017
　　　　Adam Rapp

Attorneys for Defendant
E.I. DU PONT DE NEMOURS AND COMPANY

Dated: October 10, 2017　　　　ARCHER & GREINER, LLP
　　　　　　　　　　　　　　　　HANSON BRIDGETT LLP

By:　　*/s/ Landon S. Bailey*
　　　　As authorized on October 10, 2017
　　　　Landon S. Bailey

Attorneys for Defendant
LUXFER HOLDINGS PLC

7

Dated: October 10, 2017          ALEXANDER & ASSOCIATES PC


                                  By:    /s/ Alisyn J. Palla
                                         As authorized on October 10, 2017
                                         Alisyn J. Palla

                                  Attorneys for Defendant
                                  UNIVAR USA INC. and UNIVAR INC.


Dated: October 10, 2017          STEPTOE & JOHNSON, LLP


                                  By:    /s/ Jay E. Smith
                                         As authorized on October 10, 2017
                                         Jay E. Smith

                                  Attorneys for Defendant
                                  SIGMA-ALDRICH CORPORATION


Dated: October 10, 2017          MITCHELL CHADWICK, LLP


                                  By:    /s/ Clifton McFarland
                                         As authorized on October 10, 2017
                                         Clifton McFarland

                                  Attorneys for Defendant
                                  THE DOW CHEMICAL COMPANY


IT IS SO ORDERED.


DATED: October 16, 2017.
                                  _____
                                  UNITED STATES DISTRICT JUDGE

8