SHARI M. HOWARD (IL Bar No. 6289779)
Trial Attorney

U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0999
Facsimile No.: (202) 514-8865

MICHAEL L. WILLIAMS (D.C. Bar No. 471618)
Trial Attorney

GEOFFREY C. COOK (D.C. Bar No. 460301)
Trial Attorney

U.S. Department of Justice
Civil Division, Environmental Tort Litigation Section

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:17-cv-01349-KJM-CKD<br><br>**STIPULATION TO ENLARGE PAGE LIMIT; AND ORDER** |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>Plaintiff,<br>vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL,<br><br>Defendants. | Case No. 2:17-cv-01353-KJM-KJN |

Plaintiffs Rio Linda Elverta Community Water District ("Rio Linda") and Sacramento Suburban Water District ("Sacramento Suburban") (together, "Plaintiffs") and Defendant, the United States of America, in the above-captioned related matters, through their undersigned counsel, hereby stipulate and agree, that due to the complex nature of the issues involved, Defendant, United States of America, may increase the page limit for its Memorandum of Law in support of its Motion to Dismiss by 15 pages, from 20 pages (Civil Standing Orders) not to exceed 35 pages. Pursuant to Local Rule 131(e), the undersigned counsel have authorized counsel for the United States of America, Shari Howard, to sign and submit this Stipulation on their behalf.

Dated: March 4, 2020　　　　　　　Respectfully submitted,

SHER EDLING, LLP

By: /s/Tim Sloane
As authorized on March 4, 2020
Attorneys for Plaintiffs

Dated: March 4, 2020　　　　　　　U.S. DEPARTMENT OF JUSTICE

By: /s/Shari Howard
Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01349-KJM-CKD<br><br>**ORDER** |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01353-KJM-KJN |

**<u>Order Enlarging Page Limit for Defendant United States'</u>**
**<u>Memorandum of Law in Support of its Motion to Dismiss</u>**

Defendant, United States of America, may enlarge the page limit for its Memorandum of Law in support of its Motion to Dismiss by 15 pages, not to exceed 35 pages.

**IT IS SO ORDERED.**

DATED: March 10, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE