Rudy R. Perrino  (SBN 190672)
rudy.perrino@kutakrock.com
KUTAK ROCK LLP
777 South Figueroa Street
Suite 4550
Los Angeles, California  90017-5800
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001

Attorneys for Defendants THE CHEMOURS COMPANY and THE CHEMOURS COMPANY FC, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>  Defendants. | Case No. 2:17-cv-01349-KJM-GGH<br><br>**STIPULATION AND ORDER BRINGING THE CHEMOURS DEFENDANTS WITHIN THE COURT'S FEBRUARY 7, 2020 ORDER AS IT RELATES TO SCHEDULE** |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL.,<br><br>  Defendants. | Case No. 2:17-cv-01353-KJM-GGH |

Plaintiffs, Rio Linda Elverta Community Water District ("Rio Linda") and Sacramento Suburban Water District ("Sacramento Suburban") (together, "Plaintiffs") and Defendants The Chemours Company and The Chemours Company FC, LLC ("the Chemours Defendants")

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND ORDER RE: THE CHEMOURS DEFENDANTS** -1- CASE NOS.2:17-CV-01349-KJM-GGH AND CASE NO. 2:17-CV-01353-KJM-GGH

4840-4377-0048.1

(collectively, "the Parties"), in the above captioned related matters, through their undersigned counsel, hereby stipulate and agree to the following:

**WHEREAS,** Plaintiff Rio Linda filed its First Amended Complaint, and Plaintiff Sacramento Suburban filed its Third Amended Complaint, in the above captioned related matters on May 7, 2020, naming the Chemours Defendants as defendants.

**WHEREAS,** both of the Chemours Defendants received service of summons in both of the above captioned related cases on May 29, 2020.

**WHEREAS,** pursuant to Federal Rule of Civil Procedure FRCP 12(a)(1)(A)(i), the Chemours Defendants' responsive pleadings would be due on or before June 19, 2020.

**WHEREAS**, on February 4, 2020, Plaintiffs and Defendants the United States of America, Elementis Chromium Incorporated, Occidental Chemical Corporation, Honeywell International, Inc., BASF Corporation, PPG Industries, Inc. sued as PPG Incorporated, E.I. Du Pont de Nemours and Company, Univar Inc., Univar USA, Inc., Luxfer Holdings PLC, Sigma-Aldrich Corporation, and The Dow Chemical Company entered into a Stipulation to Lift Stay and Set Briefing Schedule; and Order ("Stipulation") (Rio Linda Dkt. No. 96; Sacramento Suburban Dkt. No. 104), which Order sets the date when those Defendants must respond to the First Amended Complaint of Rio Linda and the Third Amended Complaint of Sacramento Suburban, as well as other initial dates in the cases.

**WHEREAS,** on February 6, 2020, the Court signed the Order related to the Stipulation.

**WHEREAS,** on February 7, 2020, the Court entered the Order related to the Stipulation.

**WHEREAS,** the Parties desire to have the Chemours Defendants subject to the schedule detailed in paragraphs 4 thru 7 of the Court's February 7, 2020 Order ("Schedule"), which include a schedule for responsive pleadings, as well as subsequent dates that should apply equally to the Chemours Defendants.

**WHEREAS,** the definition of "Defendants" contained in the Stipulation does not include the Chemours Defendants and, therefore, the terms of the Stipulation and related Order do not currently apply to the Chemours Defendants.

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

**STIPULATION AND ORDER RE: THE CHEMOURS DEFENDANTS** - 2 - CASE NOS.2:17-CV-01349-KJM-GGH AND CASE NO. 2:17-CV-01353-KJM-GGH

4840-4377-0048.1

**WHEREAS,** the substantive interests of the other Defendants in the above captioned related matters will not be impacted by the order proposed herein.

**ACCORDINGLY,** to promote judicial economy and the efficient and orderly resolution of these proceedings, and to avoid scheduling conflicts, the Parties have agreed to the following proposed Order.

1. The Court's Order of February 7, 2020 is amended to include The Chemours Defendants under the definition of "Defendants" solely as it relates to the schedule set forth in paragraphs 4 thru 7.

2. Pursuant to Local Rule 131(e), on February 4, 2020, Plaintiffs' counsel authorized The Chemours Defendants' Counsel, Rudy R. Perrino, to sign and submit this Stipulation on their behalf.

Dated:   June 19, 2020                           KUTAK ROCK LLP


By:   /s/ Rudy R. Perrino
Rudy R. Perrino
rudy.perrino@kutakrock.com
Attorneys for Defendants
THE CHEMOURS COMPANY and
THE CHEMOURS COMPANY FC, LLC

Dated:   June 19, 2020                           SHER EDLING, LLP


By:   /s/ Matthew K. Edling
Matthew K. Edling
matt@sheredling.com
Attorney for Plaintiffs
RIO LINDA ELVERTA COMMUNITY WATER DISTRICT and SACRAMENTO SUBURBAN WATER DISTRICT

**IT IS SO ORDERED.**

DATED: June 24, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER RE:
THE CHEMOURS DEFENDANTS — - 3 - — CASE NOS.2:17-CV-01349-KJM-GGH AND CASE NO. 2:17-CV-01353-KJM-GGH

4840-4377-0048.1