# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>              Plaintiff,<br>     vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>              Defendants. | Case No. 2:17-cv-01349-KJM-CKD<br><br>**ORDER** |
| SACRAMENTO SUBURBAN WATER DISTRICT,<br><br>              Plaintiff,<br>     vs.<br><br>ELEMENTIS CHROMIUM INCORPORATED, ET AL,<br><br>              Defendants. | Case No. 2:17-cv-01353-KJM-KJN |

Plaintiffs, Rio Linda Elverta Community Water District and Sacramento Suburban Water District, may enlarge the page limit for its memorandum of law in opposition to defendant United States of America's motion to dismiss by 10 pages, not to exceed 30 pages, and defendant United States of America may increase the page limit for its reply memorandum in opposition to plaintiffs Rio Linda and Sacramento Suburban's response memorandum of law and in support of its motion to dismiss by 10 pages, not to exceed 20 pages.

        IT IS SO ORDERED.

        This order resolves ECF Nos. 135 & 141 respectively.

DATED:   August 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE