1  VICTOR M. SHER (SBN 96197)
vic@sheredling.com
2  MATTHEW K. EDLING (SBN 250940)
matt@sheredling.com
3  TIMOTHY R. SLOANE (SBN 292864)
tim@sheredling.com
4  ADAM M. SHAPIRO (SBN 267429)
adam@sheredling.com
5  NICOLE E. TEIXEIRA (SBN 305155)
nicole@sheredling.com
6  KATIE H. JONES (SBN 300913)
katie@sheredling.com
7  **SHER EDLING LLP**
100 Montgomery St. Suite 1410
8  San Francisco, CA 94104
Tel: (628) 231-2500
9  Fax: (628) 231-2929
10
11  *Attorneys for Plaintiffs*
*Rio Linda Elverta Community Water District and*
12  *Sacramento Suburban Water District*
13

14  **UNITED STATES DISTRICT COURT**

15  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17  RIO LINDA ELVERTA COMMUNITY WATER DISTRICT, | Case No. 2:17-cv-01349-KJM-CKD |
| 18          Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| 19      vs. | |
| 20  THE UNITED STATES OF AMERICA, ET AL., | Judge: Kimberly J. Mueller |
| 21 | |
| 22          Defendants. | Actions filed: June 30, 2017 |
| 23  SACRAMENTO SUBURBAN WATER DISTRICT, | Case No. 2:17-cv-01353-KJM-KJN |
| 24 | |
| 25          Plaintiff, | |
|      vs. | |
| 26 | |
| 27  ELEMENTIS CHROMIUM INCORPORATED, ET AL., | |
| 28          Defendants. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

1

## NOTICE OF SUPPLEMENTAL AUTHORITY

2    On July 6, 2020, Defendant United States of America ("United States") filed motions to

3 dismiss in the above-captioned cases. *See Rio Linda* Dkt. 129; *Sacramento Suburban* Dkt. 135.

4 Plaintiffs Rio Linda Elverta Community Water District and Sacramento Suburban Water District

5 filed their oppositions to the motion to dismiss on August 5, 2020. *See Rio Linda* Dkt. 139;

6 *Sacramento Suburban* Dkt. 145. The United States filed its reply on August 20, 2020. *See Rio*

7 *Linda* Dkt. 141; *Sacramento Suburban* Dkt. 147. On September 22, 2020, the Court ordered the

8 motion submitted without oral argument and vacated the prior hearing date of October 16, 2020.

9 *See Rio Linda* Dkt. 145; *Sacramento Suburban* Dkt. 151.

10    Plaintiffs respectfully submit this Notice of Supplemental Authority to inform the Court of

11 the published decision by the U.S. Court of Appeals for the Ninth Circuit in *Nanouk v. United*

12 *States*, 974 F.3d 941 (9th Cir. 2020) (attached hereto as Exhibit A). The *Nanouk* opinion,

13 specifically Part III.C, relates to the parties' arguments regarding policy considerations under the

14 second prong of the discretionary function exception test. *See id*. at § III.C.

15

16    Dated: October 15, 2020                    **SHER EDLING LLP**

17

18                                    By:   */s/ Nicole E. Teixeira*
                                            Victor M. Sher
19                                          Matthew K. Edling
                                            Timothy R. Sloane
20                                          Adam M. Shapiro
                                            Nicole E. Teixeira
21                                          Katie H. Jones

22
                                            *Attorneys for Plaintiffs Rio Linda Elverta*
23                                          *Community Water District and Sacramento*
                                            *Suburban Water District*
24

25

26

27

28

SHER
EDLING LLP

**NOTICE OF SUPPLEMENTAL AUTHORITY**                                                    1