UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT, | No. 2:17-cv-01349-KJM-CKD |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | ORDER |
| Defendants. | |

| | |
|---|---|
| SACRAMENTO SUBURBAN WATER DISTRICT, | No. 2:17-cv-01353-KJM-KJN |
| Plaintiff, | |
| v. | |
| ELEMENTIS CHROMIUM INCORPORATED, ET AL., | |
| Defendants. | |

Good cause appearing, the parties stipulated requests to extend the case deadlines filed on ECF No. 188 (*Rio Linda*, Case No. 17-1349) and ECF No. 196 (*Sacramento Suburban*, Case No. 17-1353), is **granted as amended** below.

- Fact discovery shall be completed by April 30, 2024;
- Expert disclosures shall be completed by June 17, 2024;
- Rebuttal expert witnesses shall be exchanged by July 25, 2024;
- Joint Status Report regarding the status of settlement shall be filed by July 30, 2024;
- All expert discovery shall be completed by August 29, 2024;
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be **filed** by November 8, 2024 and be noticed for a hearing on the earliest available law and motion date in accordance with Local Rule 230(a).

The court previously related the two cases and reassigned *Sacramento Suburban*, No. 17-1353, to the undersigned. *See* ECF No. 9 (*Rio Linda*); ECF No. 7 (*Sacramento Suburban*). Because the cases are related, the assignment of these matters to the same judges is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties. As a result, it is hereby **ordered** that Case No. 2:17-cv-01353-KJM-KJN is reassigned from Magistrate Judge Kendall J. Newman to Magistrate Judge Carolyn K. Delaney. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:17-cv-01353-KJM-CKD. It is further **ordered** that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to the magistrate judge to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 5, 2023.

CHIEF UNITED STATES DISTRICT JUDGE