Victor M. Sher, SBN 96197
vic@sheredling.com
Matthew K. Edling, SBN 250940
matt@sheredling.com
Timothy R. Sloane, SBN 292864
tim@sheredling.com
Yumehiko Hoshijima, SBN 331376
yumehiko@sheredling.com
Larken Yackulic, SBN 323090
larken@sheredling.com
Miranda C. Holeton, SBN 341313
miranda@sheredling.com
**Sher Edling LLP**
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104
Phone (628) 231-2500
Fax: (628) 231-2929

*Attorneys for Plaintiff Rio Linda Elverta Community Water District*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
DAVID MITCHELL (IL Bar No. 6302250)
ERIN DAVIS (NY Bar No. 5343512)
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 514-0165
Facsimile No.: (202) 514-8865
david.mitchell@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES, ET AL.,<br><br>Defendants. | No. 2:17-cv-01349-KJM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Judge:   Hon. Kimberly J. Mueller |

# **STIPULATION**

Plaintiff Rio Linda Elverta Community Water District ("Plaintiff," or the "District") and Defendant United States ("Defendant," or the "United States"), which is the only remaining defendant in this litigation, respectfully submit this Stipulation and Proposed Order to continue case deadlines by approximately 90 days.

## I.     The Parties' Recitations

WHEREAS, the District and the United States (collectively, the "Parties") are the only remaining Parties to this litigation;

WHEREAS, the Parties have sought and received one extension of case deadlines to date, *see* ECF No. 189 (order approving Parties' stipulation at ECF No. 188);

WHEREAS, the Parties have conducted substantial discovery in this case;

WHEREAS, the Parties believe that they have enough information about the District's claim and the United States' counterclaim to consider entering meditation in an attempt to reach a settlement;

WHEREAS, the Parties have identified an experienced and qualified mediator;

WHEREAS, the United States is likely to agree to mediation, at which point the United States must undergo certain contracting and approval processes before the mediator may be formally engaged by the Parties;

WHEREAS, the Parties would like to focus their efforts on preparing for mediation to maximize the probability of resolution, instead of on further fact discovery and expert discovery;

WHEREAS, the Parties believe a 90-day continuance of case deadlines would facilitate mediation efforts, thus promoting efficiency for the Court and the Parties;

WHEREAS, the Parties believe that a 90-day continuance of case deadlines would be beneficial even in the event that mediation does not commence or mediation efforts do not succeed, primarily because a continuance would provide more time to schedule and prepare for Federal Rule of Civil Procedure 30(b)(6) depositions;

WHEREAS, once the mediation date is formally scheduled, the Parties might seek a temporary stay of this litigation to further facilitate settlement efforts;

WHEREAS, the Court recently approved a stipulation in the related action that extended case management deadlines by 90 days, *see* ECF No. 201, *Sacramento Suburban Water District v. Elementis Chromium*, No. 2:17-cv-01349-KJM-CKD; and

WHEREAS, this Stipulation, if approved, would keep this action and the related action on the same schedule, aiding the orderly management of this action.

## II. The Parties' Stipulated Agreement

In light of their foregoing recitations, the District and the United States stipulate and agree to the following case management deadlines, which reflect an extension of approximately 90 days,[1] subject to the Court's approval:

- Fact discovery to be completed by July 29, 2024;
- Expert disclosures to be completed by September 16, 2024;
- Rebuttal expert witnesses to be exchanged by October 23, 2024;
- Joint Status Report regarding the status of settlement by October 28, 2024;
- All expert discovery to be completed by November 27, 2024;
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, to be heard by Friday, February 6, 2025; and
- If Friday, February 6, 2025, is not an available hearing date, such motions to be heard at the earliest available hearing date after February 6, 2025.

Respectfully submitted,

DATED: April 2, 2024

*/s/ Yumehiko Hoshijima*
Yumehiko Hoshijima
SHER EDLING LLP

---

[1] Where a 90-day extension would cause a deadline to fall on a weekend day, deadlines have been placed on the following weekday.

Stipulation and Order to Extend Case Deadlines,                                                       3
No. 2:17-cv-01349-KJM-CKD

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    | *Attorney for Plaintiff Rio Linda Elverta Community Water District* |
| 3  |    |    |
| 4  | DATED: April 2, 2024 | */s/ David Mitchell* |
| 5  |    | David Mitchell |
| 6  |    | Erin Davis |
|    |    | U.S. DEPARTMENT OF JUSTICE |
| 7  |    | Environment & Natural Resources Division |
| 8  |    | Environmental Defense Section |
| 9  |    |    |
| 10 |    | *Counsel for the United States* |

Stipulation and Order to Extend Case Deadlines,  
No. 2:17-cv-01349-KJM-CKD

4

**ORDER**

Good cause appearing, the parties stipulated request to extend the case management deadlines is granted as amended below.

- Fact discovery to be completed by July 29, 2024;
- Expert disclosures to be completed by September 16, 2024;
- Rebuttal expert witnesses to be exchanged by October 23, 2024;
- Joint Status Report regarding the status of settlement by October 28, 2024;
- All expert discovery to be completed by November 27, 2024;
- All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, to be heard by Friday, February 14, 2025.

IT IS SO ORDERED.

DATED: April 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE