# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO LINDA ELVERTA COMMUNITY WATER DISTRICT,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　　　　　　　　　Defendants. | No. 2:17-cv-01349-KJM-CKD<br><br>ORDER STAYING CASE AND VACATING CASE MANAGEMENT DEADLINES |

　　　　The court has reviewed and considered the parties' Joint Motion to Stay and Vacate Case Management Deadlines. Mot., ECF 193. For the reasons provided in the motion and for good cause shown, the court orders that all proceedings in this case are stayed and all case management deadlines are vacated. The parties shall file a joint status report every ninety (90) days from the date of entry of this order. The parties shall promptly notify the court if mediation is unsuccessful.

　　　　IT IS SO ORDERED.

DATED: May 30, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE