UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rio Linda Elverta Community Water District,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>Defendants. | No. 2:17-cv-01349-KJM-CKD<br><br>ORDER |

The court previously stayed this action on May 31, 2024, in light of the parties' mediation efforts. *See* Prior Order (May 31, 2024), ECF No. 194. In the court's prior order, the parties were directed to file joint status reports every ninety (90) days. *Id.* The parties have now filed a report and state they have reached a tentative settlement agreement. *See* JSR, ECF No. 198. The parties request the court continue the stay as they finalize negotiations regarding a proposed consent decree and obtain necessary government approvals. *Id.* Finding good cause and as the parties' request, the court continues the stay ordered at ECF No. 194. The parties are directed to file either the proposed consent decree or another joint status report in thirty (30) days from the date of entry of this order.

IT IS SO ORDERED.

DATED: September 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE